**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SECURITIZE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-00722-GBW |
| | ) | |
| TZERO GROUP, INC. and TZERO IP, LLC, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant tZERO IP, LLC ("tZERO IP") states that tZERO Group, Inc. is the owner of tZERO IP.

OF COUNSEL:

Kirk R. Harris
Maschoff Brennan
1389 Center Drive, Suite 300
Park City, UT 80098
(435) 252-1360
kharris@mabr.com

Erynn Embree
Maschoff Brennan
100 Spectrum Center Dr., Suite 1200
Irvine, CA 92618
(949) 202-1900
eembree@mabr.com

*/s/ Christine D. Haynes*
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorneys for Defendants*

Dated: June 26, 2026