IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SECURITIZE, INC.,                                           )
                                                            )
    Plaintiff/Counterclaim Defendant,       )
                                                            )
    v.                                      )   C.A. No. 26-722 (GBW)
                                                            )
TZERO GROUP, INC. and TZERO IP, LLC,                        )
                                                            )
    Defendants/Counterclaim Plaintiff.      )

## STIPULATION OF NAME CHANGE AND AMENDMENT OF CASE CAPTION

WHEREAS, effective July 1, 2026, Securitize, Inc. changed its name to Securitize I, Inc.;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff/Counterclaim-Defendant Securitize, Inc. and Defendants/Counterclaim-Plaintiff TZERO GROUP, INC. and TZERO IP, LLC, subject to the approval of the Court in the above-captioned case, that Securitize Inc. shall now be known as Securitize I, Inc. in this action and the case caption shall be amended as follows:

SECURITIZE I, INC.,                                         )
                                                            )
    Plaintiff/Counterclaim-Defendant,       )
                                                            )
    v.                                      )   C.A. No. 26-722 (GBW)
                                                            )
TZERO GROUP, INC. and TZERO IP, LLC,                        )
                                                            )
    Defendants/Counterclaim-Plaintiff.      )
                                                            )

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Anthony D. Raucci

Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Securitize, Inc.*

July 17, 2026

RICHARDS, LAYTON & FINGER, P.A.

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
920 North King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorneys for Defendants tZERO Group, Inc. and tZERO IP, LLC*

**SO ORDERED** this ___ day of _____ 2026.

_____
UNITED STATES DISTRICT JUDGE

2