**Exhibit 6**

U.S. Patent No. 11,216,802: "Self-enforcing security token implementing smart-contract-based compliance rules consulting smart-contract-based global registry of investors"

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[pre] | A network node comprising: | DS Protocol utilizes a network node, as described below. |
| 1[a] | at least one processor; | DS Protocol is intended to work over a blockchain, such as Ethereum. A processor is inferred based on DS Protocol's reliance on blockchain-based systems. A blockchain-based system will require one or more processors. |
| 1[b] | at least one memory communicatively coupled to the at least one processor; | At least one memory communicatively coupled to the at least one processor is inferred based on DS Protocol's reliance on blockchain-based systems. A blockchain-based system will require at least one memory coupled to the processor. |
| 1[c] | at least one network interface communicatively coupled to the at least one processor; | At least one network interface communicatively coupled to the at least one processor is inferred based on DS Protocol's reliance on blockchain-based systems. A blockchain-based system on a blockchain will require a network interface in order to send and receive data on a blockchain. |
| 1[d] | wherein the network node is configured to be within a plurality of network nodes communicatively coupled in a peer-to-peer network of network nodes implementing a distributed ledger; | DS Protocol permits trades amongst investors and broker dealers and direct P2P trades on a blockchain such as Ethereum, which is a distributed ledger. This requires that DS Protocol be configured within a plurality of network nodes communicatively coupled in a peer-to-peer network of network nodes implementing a distributed ledger. |

1

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[e] | wherein the network node is configured to be communicatively coupled to at least one remotely located computing device through the at least one network interface; | DS Protocol allows third party issuers and investors to interact with others on a blockchain. This involves the use of at least one remotely located computing device that is communicatively coupled through the at least one network interface.<br><br>Source: DS Protocol Interfaces Released, *available at* https://medium.com/@jorge.serna/ds-protocol-first-code-release-7470e4d45ae6 |
| 1[f] | wherein the at least one processor is configured to: | See above re processor. |
| 1[g] | receive, from a remotely located computing device, a request to transfer a security token; | DS Protocol's Compliance Service handles transfer() and transferFrom() validation calls from DS Token contract. These transfer requests are received from a remotely located computing device (third party issuers or investors) in order to transfer security tokens.<br><br>Source: DS Protocol – The Compliance Service Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[h] | execute a plurality of compliance rules associated with the security token; | DS Token transfers are intended to execute a plurality of compliance rules that are associated with the security token. "To ensure that DS Token transfers are kept within regulatory and issuer constraints, the transfer() and transferFrom() functions are adapted to rely on the controls provided by the Compliance Service." The transfer control functions of the Compliance Service implement a number of different compliance rules.<br><br>Source: DS Protocol – The Basic Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f<br><br>Transfers will only be possible if approved by the Compliance Service, which can implement a number of different properties and requirements, including "the kind of registration (or exemption) that the issuer has applied for, to the countries it is destined to, or certain restrictions being driven from the nature of the asset being tokenized."<br><br>Source: DS Protocol – The Compliance Service, *available at* https://medium.com/securitize/ds-protocol-the-compliance-service-b6fe472d625d |
| 1[i] | wherein at least one of the plurality of compliance rules is implemented using at least one smart contract separate from an originating smart contract that implements the security token; | The DS Token is its own smart contract. The Compliance Service implements specific compliance rules applicable to a DS Token as per the Issuer requirements via separate smart contracts. These compliance rules are separate from the DS Token. DS Apps are additional Smart Contracts that can be registered with, but are separate from, a DS Token.<br><br>Source: DS Protocol – The Basic Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[j] | wherein the at least one smart contract is implemented on the distributed ledger and references a global registry; | DS Protocol is implemented on a blockchain such as Ethereum, which is a distributed ledger.<br><br>The Compliance Service, which executes at least one smart contract implemented on the distributed ledger, references the Registry Service. The Registry Service holds an on-chain register of the investors that hold a given DS Token, which serves as a global registry.<br><br>Source: DS Protocol – The Trust and Registry Services https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 1[k] | transfer the security token based on the execution of the plurality of compliance rules; | The Compliance Rules Engine executes the different restrictions defined by an issuer according to relevant regulations. The Compliance Service will prevent transfers from occurring if they do not meet the set regulations but will transfer the security token if it meets the compliance rules that are executed.<br><br>"…the Compliance Service handles the standard ERC20transfer() and transferFrom() calls from the DS Token contract, as well as calls that are specific to the DS Protocol like preTransferCheck(), issueTokens(), issueTokensWithLocking(), and seize()…"<br><br>Source: DS Protocol – The Compliance Service, *available at* https://medium.com/securitize/ds-protocol-the-compliance-service-b6fe472d625d |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[l] | wherein the global registry comprises at least one personally identifiable information (PII) hash for each of at least one investor associated with the transfer of the security token, wherein the at least one PII hash for each of the at least one investor is committed to the distributed ledger, wherein each of the at least one PII hash is updated when PII of a respective one of the at least one investor changes; | Each investor is given its own unique identifier that is built from a hash of personal information. The investor information that is added to the Registry Service can be updated by modifying the on-chain attributes stored for each investor. "The Registry Service keeps an on-chain register of the investors that may hold the DS Token. To protect investor privacy, the stored data does not include personal identification information, only the relevant attributes to determine the investor category (relevant for regulatory purposes)." Source: DS Protocol – The Trust and Registry Services https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 1[m] | wherein the global registry further comprises at least one indication of: | See above re global registry. |
| 1[n] | whether an offering of the security token qualifies under Securities and Exchange Commission (SEC) Regulation A; | The Registry Service stores information relating to whether an investor is accredited, which may relate to SEC Regulation A. Source: DS Protocol – The Trust and Registry Services https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 1[o] | whether at least one of the at least one investor qualifies under SEC Regulation D; | The Registry Service stores information relating to whether an investor is accredited, which may relate to SEC Regulation D. Source: DS Protocol – The Trust and Registry Services https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

5

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[p] | whether the offering of the security token qualifies under SEC Regulation S; and | The Registry Service stores information relating to the country of an investor, which may relate to SEC Regulation S.<br><br>Source: DS Protocol – The Trust and Registry Services https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 1[q] | whether anti-money laundering and know-your-customer (AML/KYC) checks have been performed for the at least one investor associated with the transfer of the security token. | The Registry Service stores information relating to whether an investor is KYC_APPROVED, which may relate to anti-money laundering and know-your-customer checks.<br><br>Source: DS Protocol – The Trust and Registry Services https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| Claim 3 | | |
|---|---|---|
| 3[pre] | The network node of **claim 1**, wherein the at least one indication of the global registry further comprises at least one indication of: | See above re claim 1. |
| 3[a] | whether a freeze has been placed on any of the at least one investor; | DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash). The information stored on the global registry indicates whether a freeze has been placed on the at least one investor. <br><br> Source: DS Protocol – The Trust and Registry Services https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 3[b] | whether a freeze has been placed on the security token; | DS Protocol uses DS Token methods to permit issuers to freeze a security token due to applicable regulatory requirements. The token contract itself can overload transfer() and transferFrom() so that it can check to see if the token can be exchanged between specific wallet addresses. If the security token cannot be exchanged, it achieves a freeze on the security token. <br><br> Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| 3[c] | whether a freeze has been placed on a custodian associated with the transfer of the security token; and | The Registry Service can serve as a whitelist of authorized wallets and supports any entity that has its own unique identifier and can have one or more wallets assigned to it. This whitelist can include custodians associated with the transfer of the security token. The information stored on the global registry can indicate whether a freeze has been placed on a custodian.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| --- | --- | --- |
| 3[d] | whether a freeze has been placed on any broker dealer associated with the transfer of the security token. | The Registry Service can serve as a whitelist of authorized wallets and supports any entity that has its own unique identifier and can have one or more wallets assigned to it. This whitelist can include broker dealer associated with the transfer of the security token. The information stored on the global registry can indicate whether a freeze has been placed on a broker dealer.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| Claim 4 | | |
|---|---|---|
| 4[pre] | The network node of **claim 3**, | See above re claim 3. |
| 4[a] | wherein a freeze is placed on or removed from any of the at least one investor by modifying attributes in an investor element in the global registry; | DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash). Modifying the registry attributes from APPROVED to REJECTED achieves a freeze on the investor.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 4[b] | wherein a freeze is placed on or removed from the security token by modifying attributes in a security token element in the global registry; | DS Protocol uses DS Token methods to permit issuers to freeze a security token due to applicable regulatory requirements. The token contract itself can overload transfer() and transferFrom() so that it can check to see if the token can be exchanged between specific wallet addresses. If the security token cannot be exchanged, it achieves a freeze on the security token. It is inferred that modifications to the attributes stored on the registry can achieve a freeze on the security token.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| 4[c] | wherein a freeze is placed on or removed from the custodian by modifying attributes in a custodian element in the global registry; and | The Registry Service can serve as a whitelist of authorized wallets and supports any entity that has its own unique identifier and can have one or more wallets assigned to it. This whitelist can include custodians associated with the transfer of the security token. It is inferred that modifications to the attributes stored on the registry can achieve a freeze on the custodian.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| --- | --- | --- |
| 4[d] | wherein a freeze is placed on or removed from any broker dealer associated with the transfer of the security token by modifying attributes in a broker dealer element in the global registry. | The Registry Service can serve as a whitelist of authorized wallets and supports any entity that has its own unique identifier and can have one or more wallets assigned to it. This whitelist can include broker dealer associated with the transfer of the security token. It is inferred that modifications to the attributes stored on the registry can achieve a freeze on the broker dealer.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| Claim 5 | | |
| --- | --- | --- |
| 5[pre] | The network node of **claim 3**, | See above re claim 3. |
| 5[a] | Wherein the global registry comprises a data storage smart contract that stores the at least one indication in the global registry. | The Registry Service is a specific DS Protocol Service, which is a foundational smart contract component that powers DS Protocol.<br><br>"…the Registry Service holds investor attributes that can identify an investor as a member of a generic category: an accredited U.S. investor, a retail Germany investor, etc."<br><br>DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash). Modifying the registry attributes from APPROVED to REJECTED achieves a freeze on the investor.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |