**Exhibit 7**

U.S. Patent No. 11,394,560: "Crypto Integration Platform"

| No. | Claims | Securitize Vault Registrar |
|---|---|---|
| 14[pre] | A method, comprising: | Vault Registrar executes a method, as described below. |
| 14[a] | receiving an order to execute a trade of at least one transactional item associated with a first account, wherein the order, the first account, and a second account are associated with a common identifier; | Vault Registrar acts as a "programmable escrow / smart wallet." An operator deploys a new contract, *i.e.,* an order, for a token. The protocol transfers a DS Token or RWA from an investor's first account to a second account, *i.e.,* a vault, that is attributable to the same investor, a common identifier.<br><br>"Investor signs the typical deposit() transaction (or similar semantics) that will move the assets from their wallet to a vault."<br><br>"Instead of depositing tokenized securities into a shared pool, this pattern keeps the tokens inside a dedicated vault (smart contract) that is bound to a specific investor."<br><br>Source: Vault Registrar: bringing "smart escrow" and one-click looping to regulated RWAs, *available at* https://medium.com/securitize/vault-registrar-bringing-smart-escrow-and-one-click-looping-to-regulated-rwas-0b0e8823d5c8 |

1

| No. | Claims | Securitize Vault Registrar |
|---|---|---|
| 14[b] | cryptographically signing, using a cryptographic key, a first transaction to transfer the at least one transactional item from the first account to the second account; | An investor cryptographically signs an authorization (a signed permission) to create a vault and transfer a transactional item, a DS Token or RWA stored in a first account, to the vault, a second account. <br><br> "Investor signs the typical deposit() transaction (or similar semantics) that will move the assets from their wallet to a vault." <br><br> Source: Vault Registrar: bringing "smart escrow" and one-click looping to regulated RWAs, *available at* https://medium.com/securitize/vault-registrar-bringing-smart-escrow-and-one-click-looping-to-regulated-rwas-0b0e8823d5c8 <br><br> The Vault registration call involves public cryptographic keys and a key pair. <br><br> "Investors are no longer implicitly trusting protocol flows — they are cryptographically authorizing vault creation" <br><br> Source: Vault Registrar, Revisited: Explicit Authorizations, Standardization, and Multichain Support, *available at* https://medium.com/securitize/vault-registrar-revisited-explicit-authorizations-standardization-and-multichain-support-a5f355c873d2 |

| No. | Claims | Securitize Vault Registrar |
|---|---|---|
| 14[c] | cryptographically signing, using the cryptographic key, a second transaction that includes the order; | The vault registration call involves public cryptographic keys and a key pair.<br><br>"Investors are no longer implicitly trusting protocol flows — they are cryptographically authorizing vault creation"<br><br>Source: Vault Registrar, Revisited: Explicit Authorizations, Standardization, and Multichain Support, *available at* https://medium.com/securitize/vault-registrar-revisited-explicit-authorizations-standardization-and-multichain-support-a5f355c873d2<br><br>The second transaction includes the order, or protocol contract. The contract sends the transaction. "The EIP-712 message that investors sign contains an *operator* field. That operator must be the exact *msg.sender* of the *registerVault()* call on-chain — if they don't match, the signature is invalid. In practice this means: your protocol contract — the factory or entrypoint that calls *registerVault()* — is the operator. . .The contract itself sends the transaction, so the contract is the address that needs OPERATOR_ROLE."<br><br>Source: Building for DeFi Integration: The Vault Registrar Sandbox, *available at* https://medium.com/securitize/building-for-defi-integration-the-vault-registrar-sandbox-78ea507cc753 |

3

| No. | Claims | Securitize Vault Registrar |
|---|---|---|
| 14[d] | verifying that the first transaction and the second transaction were both cryptographically signed using the cryptographic key; and | The VaultRegistrar contract: verifies the caller is an authorized operator, checks the investor is an authorized holder, confirms the investor holds permissioned tokens, then automatically registers the vault as attributed to that investor. The VaultRegistrar verifies that the investor (the first transaction) is authorized and the caller is an authorized operator (the second transaction). It does so via the cryptographic signatures.<br><br>"Each vault is bound to a single investor identity, so a protocol doesn't need to implement additional accounting to keep the transfer agent view consistent."<br><br>"Investor signs the typical deposit() transaction (or similar semantics) that will move the assets from their wallet to a vault."<br><br>Source: Vault Registrar: bringing "smart escrow" and one-click looping to regulated RWAs, *available at* https://medium.com/securitize/vault-registrar-bringing-smart-escrow-and-one-click-looping-to-regulated-rwas-0b0e8823d5c8<br><br>"The EIP-712 message that investors sign contains an *operator* field. That operator must be the exact *msg.sender* of the *registerVault()* call on-chain — if they don't match, the signature is invalid."<br><br>"…investor signatures that name that contract as operator will be accepted by the VaultRegistrar."<br><br>"The registration is gated by a cryptographic signature from the investor, ensuring that custody always maps back to a verified identity and it is done following investors instructions."<br><br>Source: Building for DeFi Integration: The Vault Registrar Sandbox, *available at* https://medium.com/securitize/building-for-defi-integration-the-vault-registrar-sandbox-78ea507cc753 |

| No. | Claims | Securitize Vault Registrar |
|---|---|---|
| 14[e] | authorizing placement of the order on an exchange if the first transaction and the second transaction were both cryptographically signed using the cryptographic key. | "Investor signs the typical deposit() transaction (or similar semantics) that will move the assets from their wallet to a vault." <br><br> Source: Vault Registrar: bringing "smart escrow" and one-click looping to regulated RWAs, *available at* https://medium.com/securitize/vault-registrar-bringing-smart-escrow-and-one-click-looping-to-regulated-rwas-0b0e8823d5c8 <br><br> "…investor signatures that name that contract as operator will be accepted by the VaultRegistrar." <br><br> Source: Building for DeFi Integration: The Vault Registrar Sandbox, *available at* https://medium.com/securitize/building-for-defi-integration-the-vault-registrar-sandbox-78ea507cc753 <br><br> Vault Registrar supports two models that include signed vault authorization and signer verification with CPI identity. <br><br> Source: Vault Registrar, Revisited: Explicit Authorizations, Standardization, and Multichain Support, *available at* https://medium.com/securitize/vault-registrar-revisited-explicit-authorizations-standardization-and-multichain-support-a5f355c873d2 |