**Exhibit 8**

U.S. Patent No. 12,223,496: "Self-enforcing security token implementing smart-contract-based compliance rules consulting smart-contract-based global registry of investors"

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| Claim 13 | | |
| 13[pre] | A computerized method for transferring a self-enforcing security token, wherein the computerized method is performed by a network node configured to be included within a plurality of network nodes in a peer-to-peer network of network nodes implementing a distributed ledger, wherein the network node is configured to be communicatively coupled to other network nodes in the peer-to-peer network, the computerized method comprising: | To the extent the preamble is deemed limiting: <br><br> DS Protocol utilizes a network node to perform a computerized method. DS Protocol permits trades amongst investors and broker dealers and direct P2P trades on a blockchain such as Ethereum, which is a distributed ledger. This implicitly requires that the network node is configured to be included within a plurality of network nodes communicatively coupled in a peer-to-peer network of network nodes implementing a distributed ledger. <br><br> DS Protocol's network node communicatively coupled to other network nodes in a peer-to-peer network is inferred based on DS Protocol's reliance on blockchain-based systems. A blockchain-based system on a blockchain will require a network node communicatively coupled to other network nodes in order to send and receive data on a blockchain |
| 13[a] | receiving, from a remotely located computing device, a request to transfer a security token; | DS Protocol's Compliance Service handles transfer() and transferFrom() validation calls from DS Token contract. These transfer requests are received from a remotely located computing device (third party issuers or investors) in order to transfer security tokens. <br><br> Source: DS Protocol – The Compliance Service Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f |

1

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 13[b] | executing a plurality of compliance rules associated with the security token, | DS Token transfers execute a plurality of compliance rules that are associated with the security token. "To ensure that DS Token transfers are kept within regulatory and issuer constraints, the transfer() and transferFrom() functions are adapted to rely on the controls provided by the Compliance Service." The transfer control functions of the Compliance Service implement a number of different compliance rules.<br><br>Source: DS Protocol – The Basic Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f<br><br>Transfers will only be possible if approved by the Compliance Service, which can implement a number of different properties and requirements, including "the kind of registration (or exemption) that the issuer has applied for, to the countries it is destined to, or certain restrictions being driven from the nature of the asset being tokenized."<br><br>Source: DS Protocol – The Compliance Service, *available at* https://medium.com/securitize/ds-protocol-the-compliance-service-b6fe472d625d |
| 13[c] | wherein at least one of the plurality of compliance rules is implemented using at least one smart contract, | The DS Token, a part of DS Protocol, is its own smart contract. The Compliance Service implements specific compliance rules applicable to a DS Token as per the Issuer requirements via separate smart contracts. These compliance rules are separate from the DS Token. DS Apps are additional Smart Contracts that can be registered with, but are separate from, a DS Token.<br><br>Source: DS Protocol – The Basic Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 13[d] | wherein the at least one smart contract references a global registry; and | The Compliance Service of DS Protocol, which executes at least one smart contract implemented on the distributed ledger, references the Registry Service. The Registry Service holds an on-chain register of the investors that hold a given DS Token, which serves as a global registry.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 13[e] | transferring the security token based on the execution of the plurality of compliance rules, | The Compliance Rules Engine of DS Protocol executes the different restrictions defined by an issuer according to relevant regulations. The Compliance Service will prevent transfers from occurring if they do not meet the set regulations but will transfer the security token if it meets the compliance rules that are executed.<br><br>"…the Compliance Service handles the standard ERC20transfer() and transferFrom() calls from the DS Token contract, as well as calls that are specific to the DS Protocol like preTransferCheck(), issueTokens(), issueTokensWithLocking(), and seize()…"<br><br>Source: DS Protocol – The Compliance Service, *available at* https://medium.com/securitize/ds-protocol-the-compliance-service-b6fe472d625d |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 13[f] | wherein the global registry comprises at least one personally identifiable information (PII) hash for each of at least one investor associated with the transfer of the security token, wherein the at least one PII hash for each of the at least one investor is committed to the distributed ledger, wherein each of the at least one PII hash is updated when PII of a respective investor of the at least one investor changes. | Each investor is given its own unique identifier that is built from a hash of personal information. The investor information that is added to the Registry Service can be updated by modifying the on-chain attributes stored for each investor.<br><br>"The Registry Service keeps an on-chain register of the investors that may hold the DS Token. To protect investor privacy, the stored data does not include personal identification information, only the relevant attributes to determine the investor category (relevant for regulatory purposes)."<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| **Claim 24** | | |
| 24[pre] | The computerized method of claim 13, wherein the request to transfer the security token is a request to transfer the security token from a first address to a second address, wherein the computerized method further comprises: | See above re claim 13.<br><br>To the extent the preamble is deemed limiting:<br><br>DS Protocol handles requests to transfer security tokens from a first address to a second address. The Compliance Service handles transfer() and transferFrom() validation calls from DS Token contract.<br><br>Source: DS Protocol – The Compliance Service Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f |

4

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 24[a] | before the request to transfer the security token is received, determining a split ratio for a new split of security tokens held in at least one address of the distributed ledger without updating token balances on the distributed ledger; | DS Protocol offers rebasing security tokens on-chain. DS Protocol determines a split ratio for a new split of security token that is held in at least one address of the distributed ledger. As an example, DS Protocol will modify the effective balance of an investor by "utiliz[ing] the formula "balance = shares * multiplier."<br><br>Token balances are not updated on the distributed ledger at that time.<br><br>"Beyond dividends, rebasing is also valuable for corporate actions such as stock splits or reverse splits. In these cases, the multiplier can instantly scale all balances up or down, ensuring consistency across the system without the need for costly, large-scale token reissuances."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |
| 24[b] | determining a split-updated token balance for at least the first address based on at least an indication of the split ratio; and | DS Protocol determines a split-updated token balance for at least the first address based on at least an indication of the split ratio.<br><br>DS Protocol supports two strategies to determine balances:<br>"Fixed Multiplier — manually updated to reflect stepwise changes"; and "Calculated Multiplier — derived dynamically from formulas (e.g., AUM growth over time)."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

5

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 24[c] | wherein the token balances on the distributed ledger are updated for at least the first address based on the split-updated token balance for at least the first address as part of a transaction associated with the transfer of the security token. | DS Protocol updates investor balances in connection with the transaction "in real time, automatically reflecting growth or adjustments." The updates occur on a distributed ledger.<br><br>"Instead of distributing new tokens, balances adjust dynamically based on a multiplier, without requiring explicit transfers. This means investor balances update in real time, automatically reflecting growth or adjustments."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

7

| Claim 12 | | |
|---|---|---|
| 12[pre] | The computerized method of **claim 11**, | See above re claim 11. |
| 12[a] | wherein a freeze is placed on or removed from any of the at least one investor by modifying attributes in an investor element in the global registry; | DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash). Modifying the registry attributes from APPROVED to REJECTED achieves a freeze on the investor. Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 12[b] | wherein a freeze is placed on or removed from the security token by modifying attributes in a security token element in the global registry; | DS Protocol uses DS Token methods to permit issuers to freeze a security token due to applicable regulatory requirements. The token contract itself can overload transfer() and transferFrom() so that it can check to see if the token can be exchanged between specific wallet addresses. If the security token cannot be exchanged, it achieves a freeze on the security token. It is inferred that modifications to the attributes stored on the registry can achieve a freeze on the security token. Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| 12[c] | wherein a freeze is placed on or removed from the custodian by modifying attributes in a custodian element in the global registry; and | The Registry Service of DS Protocol can serve as a whitelist of authorized wallets and supports any entity that has its own unique identifier and can have one or more wallets assigned to it. This whitelist can include custodians associated with the transfer of the security token. It is inferred that modifications to the attributes stored on the registry can achieve a freeze on the custodian.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
|---|---|---|
| 12[d] | wherein a freeze is placed on or removed from any broker dealer associated with the transfer of the security token by modifying attributes in a broker dealer element in the global registry. | The Registry Service of DS Protocol can serve as a whitelist of authorized wallets and supports any entity that has its own unique identifier and can have one or more wallets assigned to it. This whitelist can include broker dealer associated with the transfer of the security token. It is inferred that modifications to the attributes stored on the registry can achieve a freeze on the broker dealer.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| Claim 5 | | |
|---|---|---|
| 5[pre] | The network node of **claim 3**, | See above re claim 3. |
| 5[a] | Wherein the global registry comprises a data storage smart contract that stores the at least one indication in the global registry. | The Registry Service is a specific DS Protocol Service, which is a foundational smart contract component that powers DS Protocol.<br><br>"…the Registry Service holds investor attributes that can identify an investor as a member of a generic category: an accredited U.S. investor, a retail Germany investor, etc."<br><br>DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash). Modifying the registry attributes from APPROVED to REJECTED achieves a freeze on the investor.<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |