**Exhibit 9**

U.S. Patent No. 12,099,996: "Verifying transaction address is whitelisted before allowing transfer to transaction address of self-regulating token requiring whitelisted transaction address to withdraw self-regulating token"

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[pre] | A system comprising: | To the extent the preamble is deemed limiting, DS Protocol utilizes a system as follows. |
| 1[a] | a computer system; and | DS Protocol is a computer-based system. |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[b] | a remotely located computing device connected to at least one network and configured to cryptographically sign data by cryptographically transforming the data using a private key to create cryptographically signed data, the data communicated by the computer system, the private key having: (1) a corresponding public key derived from the private key and (2) a corresponding transaction address associated with the corresponding public key and derived from at least one of the private key and the corresponding public key; | DS Protocol allows third party issuers and investors to interact with others on a blockchain. This involves the use of at least one remotely located computing device that is connected to at least one network.<br><br>Source: DS Protocol Interfaces Released, *available at* https://medium.com/@jorge.serna/ds-protocol-first-code-release-7470e4d45ae6<br><br>DS Protocol allows users to cryptographically sign data by using a private key to create cryptographically signed data. As an example, DS Protocol employs EIP-712 signed authorization messages, which utilize a private key to sign the message and a derived public key to verify the authorization. The message further includes information about the investor's address or transaction address. The user cryptographically signs the data.<br><br>"Our system generates an EIP-712–compliant message containing all necessary data for the operation (e.g., wallet registration)."<br><br> "The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[c] | the computer system comprising: | DS Protocol has a computer system as follows. |
| 1[d] | at least one processor; | DS Protocol is intended to work over a blockchain, such as Ethereum. A processor is inferred based on DS Protocol's reliance on blockchain-based systems. A blockchain-based system will require one or more processors. |
| 1[e] | at least one memory communicatively coupled to the at least one processor; | At least one memory communicatively coupled to the at least one processor is inferred based on DS Protocol's reliance on blockchain-based systems. A blockchain-based system will require at least one memory coupled to the processor. |
| 1[f] | at least one network interface communicatively coupled to the at least one processor; and | At least one network interface communicatively coupled to the at least one processor is inferred based on DS Protocol's reliance on blockchain-based systems. A blockchain-based system on a blockchain will require a network interface in order to send and receive data on a blockchain. |
| 1[g] | wherein the at least one processor is configured to: | See above re processor. |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[h] | receive a request to cryptographically transfer a cryptographic token into a target transaction address from the remotely located computing device via the at least one network using the at least one network interface; | DS Protocol receives a request to cryptographically transfer a cryptographic token into a target transaction address.<br><br>DS Protocol's Compliance Service handles transfer() and transferFrom() validation calls from DS Token contract. These transfer requests are received from a remotely located computing device (third party issuers or investors) in order to transfer cryptographic tokens.<br><br>Source: DS Protocol – The Compliance Service Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f |
| 1[i] | communicate the data to the remotely located computing device via the at least one network using the at least one network interface in response to the request to cryptographically transfer the cryptographic token into the target transaction address being received from the remotely located computing device via the at least one network using the at least one network interface; | DS Protocol communicates the data to the remotely located computing device via the network in response to the user's request to transfer the token to the target address being received from the remotely located device.<br><br>As an example, the EIP-712 signed authorization messages containing the data are sent to the computing device in response to requests to transfer tokens.<br><br>"Our system generates an EIP-712–compliant message containing all necessary data for the operation (e.g., wallet registration)."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| 1[j] | comply with a first smart contract to restrict withdrawal of the cryptographic token to only: (1) whitelisted transaction addresses identified in a smart contract-implemented whitelist or (2) whitelisted public keys that are associated with the whitelisted transaction addresses identified in the smart contract-implemented whitelist; | DS Token transfers execute a plurality of compliance rules that are associated with the cryptographic token. "To ensure that DS Token transfers are kept within regulatory and issuer constraints, the transfer() and transferFrom() functions are adapted to rely on the controls provided by the Compliance Service." The transfer control functions of the Compliance Service implement a number of different compliance rules. This includes restricting withdrawals of tokens from whitelisted transaction addresses or whitelisted public keys that are associated with the transaction address identified in the whitelist.<br><br>The DS Token is its own smart contract. The Compliance Service implements specific compliance rules applicable to a DS Token as per the Issuer requirements via separate smart contracts.<br><br>Source: DS Protocol – The Basic Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f<br><br>Transfers will only be possible if approved by the Compliance Service, which can implement a number of different properties and requirements, including "the kind of registration (or exemption) that the issuer has applied for, to the countries it is destined to, or certain restrictions being driven from the nature of the asset being tokenized." This includes whitelisted issuers or investors.<br><br>Source: DS Protocol – The Compliance Service, *available at* https://medium.com/securitize/ds-protocol-the-compliance-service-b6fe472d625d |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[k] | receive the cryptographically signed data from the remotely located computing device via the at least one network using the at least one network interface; | The cryptographically signed data is received from the remotely located computing device.<br><br>"The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |
| 1[l] | receive at least one of the target transaction address or a target public key associated with the target transaction address from the remotely located computing device via the at least one network using the at least one network interface; | The target transaction address or target public key is received from the remote located computing device via the network using the network interface. As an example, the EIP-712-compliant message includes information relating to the target transaction address or target public key.<br><br>"Our system generates an EIP-712–compliant message containing all necessary data for the operation (e.g., wallet registration)."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[m] | cryptographically verify that the at least one of the target transaction address or the target public key associated with the target transaction address corresponds to the private key used to cryptographically sign the cryptographically signed data by: | The DS Token contract receives the data and cryptographically verifies the signature.<br><br>"The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |
| 1[n] | receiving both (1) the cryptographically signed data cryptographically signed by the private key and (2) the at least one of the target transaction address or the target public key associated with the target transaction address into a processor-implemented cryptographic verification function; and | The DS Token contract receives the cryptographically signed data signed by the private key and the target transaction address or the target public key associated with the target transaction address.<br><br>"The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |
| 1[o] | outputting a determination from the processor-implemented cryptographic verification function that at least one of: | The processor outputs a determination as follows. |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[p] | (1) the target transaction address is cryptographically derivable from the private key used to cryptographically sign the cryptographically signed data such that the target transaction address is the corresponding transaction address associated with the corresponding public key and derived from at least one of the private key and the corresponding public key; or | DS Protocol allows users to cryptographically sign data by using a private key to create cryptographically signed data. As an example, DS Protocol employs EIP-712 signed authorization messages, which utilizes a private key to sign the message and a derived public key to verify the authorization and derive the target transaction address. The message further includes information about the investor's address or transaction address.<br><br>"Our system generates an EIP-712–compliant message containing all necessary data for the operation (e.g., wallet registration)."<br><br>"The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|-----|--------|------------------------|
| 1[q] | (2) the target public key associated with the target transaction address is cryptographically derivable from the private key used to cryptographically sign the cryptographically signed data such that the target public key is the corresponding public key derived from the private key; | DS Protocol allows users to cryptographically sign data by using a private key to create cryptographically signed data. As an example, DS Protocol employs EIP-712 signed authorization messages, which, on information and belief, utilizes the private key used to cryptographically sign the message to, derive a target public key associated with the target transaction address. The message includes information about the investor's address or transaction address.<br><br>"Our system generates an EIP-712–compliant message containing all necessary data for the operation (e.g., wallet registration)."<br><br> "The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[r] | only verify that the at least one of the target transaction address or the target public key associated with the target transaction address is whitelisted to receive cryptographic transfer of the cryptographic token after the target transaction address or the target public key associated with the target transaction address is identified in the smart contract-implemented whitelist; | DS Protocol verifies that the target transaction address or the target public key associated with the target transaction address is whitelisted to receive a cryptographic token only after the target transaction address or target public key associated with the target transaction address is identified in a smart contract-implemented whitelist.<br><br>The Compliance Service Whitelist is an example of a simple Compliance Service "restricting transfers only based on basic white-listing of investors."<br><br>Source: Digital Securities (DS) Protocol Token - DSToken v4, *available at* https://github.com/securitize-io/dstoken/blob/master/readme.md<br><br>The Compliance Service is able to verify that the target transaction address or target public key is whitelisted to receive cryptographic transfer of the cryptographic token.<br><br>"For example (following the previous example of a Compliance Service upgrade) an exchange listing a DS Token would be able to identify the new Compliance Service and use its preTransferCheck mechanism (we will cover this in a future post) simply by asking the DS Token about its address."<br><br>Source: DS Protocol — The Basic Elements, https://medium.com/@jorge.serna/ds-protocol-the-basic-interfaces-23fabcb5c85f |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[s] | only communicate the cryptographic transfer, via the at least one network and using the at least one network interface, to a blockchain to cryptographically transfer and record the cryptographic transfer of the cryptographic token into the target transaction address on the blockchain after: | Once the cryptographic transaction is verified and approved, the transaction is recorded on a blockchain.<br><br>The Compliance Service Whitelist includes a function for recording transfers.<br><br>"function recordTransfer(address, address, uint256) internal virtual override returns (bool) {<br>        return true;"<br><br>Source: ComplianceServiceWhitelisted.sol, *available at* https://github.com/securitize-io/dstoken/blob/master/contracts/compliance/ComplianceServiceWhitelisted.sol |
| 1[t] | (1) cryptographically verifying that the at least one of the target transaction address or the target public key associated with the target transaction address corresponds to the private key used to cryptographically sign the cryptographically signed data; and | The DS Token contract receives the data and cryptographically verifies the signature.<br><br>"The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[u] | (2) verifying that the at least one of the target transaction address or the target public key associated with the target transaction address is whitelisted to receive the cryptographic transfer of the cryptographic token after the target transaction address or the target public key associated with the target transaction address is identified in the smart contract-implemented whitelist; and | DS Protocol verifies that the target transaction address or the target public key associated with the target transaction address is whitelisted to receive a cryptographic token only after the target transaction address or target public key associated with the target transaction address is identified in a smart contract-implemented whitelist. <br><br> The Compliance Service Whitelist is an example of a simple Compliance Service "restricting transfers only based on basic white-listing of investors." <br><br> Source: Digital Securities (DS) Protocol Token - DSToken v4, *available at* https://github.com/securitize-io/dstoken/blob/master/readme.md <br><br> The Compliance Service verifies that the target transaction address or target public key is whitelisted to receive cryptographic transfer of the cryptographic token. <br><br> "For example (following the previous example of a Compliance Service upgrade) an exchange listing a DS Token would be able to identify the new Compliance Service and use its preTransferCheck mechanism (we will cover this in a future post) simply by asking the DS Token about its address." <br><br> Source: DS Protocol — The Basic Elements, https://medium.com/@jorge.serna/ds-protocol-the-basic-interfaces-23fabcb5c85f |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[v] | reject (1) the cryptographic transfer of the cryptographic token into the target transaction address and (2) communication of the cryptographic transfer, via the at least one network and using the at least one network interface, to the blockchain when it is not both: | If the cryptographic transaction is not verified, it will reject the cryptographic transfer and reject the communication of the cryptographic transfer to the blockchain.<br><br>The Compliance Service Whitelist will reject a transfer if the transaction address is not on the whitelist.<br><br>Source: ComplianceServiceWhitelisted.sol, *available at* https://github.com/securitize-io/dstoken/blob/master/contracts/compliance/ComplianceServiceWhitelisted.sol |
| 1[w] | (1) cryptographically verified that the at least one of the target transaction address or the target public key associated with the target transaction address is cryptographically derivable from the private key used to cryptographically sign the cryptographically signed data; and | The DS Token contract receives the data and cryptographically verifies the signature. If the transaction address or target public key is not cryptographically derivable from the private key used to the cryptographically sign the cryptographically signed data, the data is not verified and will be rejected.<br><br>"The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[x] | (2) verified that the at least one of the target transaction address or the target public key associated with the target transaction address is whitelisted to receive the cryptographic transfer of the cryptographic token based on the smart contract-implemented whitelist. | DS Protocol verifies that the target transaction address or the target public key associated with the target transaction address is whitelisted to receive a cryptographic token only after the target transaction address or target public key associated with the target transaction address is identified in a smart contract-implemented whitelist. If the address is not verified, it will be rejected.<br><br>The Compliance Service Whitelist is an example of a simple Compliance Service "restricting transfers only based on basic white-listing of investors."<br><br>Source: Digital Securities (DS) Protocol Token - DSToken v4, *available at* https://github.com/securitize-io/dstoken/blob/master/readme.md<br><br>The Compliance Service verifies that the target transaction address or target public key is whitelisted to receive cryptographic transfer of the cryptographic token. If the target transaction address or target public key is not whitelisted to receive the transfer, it will not be verified.<br><br>"For example (following the previous example of a Compliance Service upgrade) an exchange listing a DS Token would be able to identify the new Compliance Service and use its preTransferCheck mechanism (we will cover this in a future post) simply by asking the DS Token about its address."<br><br>Source: DS Protocol — The Basic Elements, https://medium.com/@jorge.serna/ds-protocol-the-basic |