**Exhibit 10**

U.S. Patent No. 12,051,078: "Account owner funding of know your customer and accredited investor verification renewal and monitoring charges through coin payment"

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[pre] | A computerized method, comprising | To the extent the preamble is deemed limiting, DS Protocol utilizes a computerized method, as follows. |
| 1[a] | causing at least one of know-your-customer (KYC), anti-money laundering (AML), and accredited investor review to be initially performed for an owner of a transaction account; | DS Protocol causes at least one of know-your-customer, anti-money laundering, and accredited investor review to be initially performed for an owner of a transaction account. The identity and KYC/AML status are validated off-chain.<br><br>"To streamline this, we introduced a new capability in our smart contracts that verifies user actions based on an attestation issued by our backend systems. This attestation is generated from a pre-existing web2 verified session, allowing our backend to ensure the action originates from the correct, authenticated user profile with validated KYC and compliance status."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[b] | receiving payment of an amount of cryptocurrency from the transaction account to another account; | On information and belief, DS Protocol pairs whitelisting with other on-chain actions such as receiving payment of an amount of cryptocurrency from the transaction account to another account.<br><br>"This approach also enables new DSApps to chain the whitelisting step atomically with other actions — such as subscribing to a token or executing a swap — creating seamless, self-contained user flows."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |
| 1[c] | sending a challenge string to a customer device to be signed by a private key of a wallet of the owner; | DS Protocol sends a challenge string to a customer device to be signed by a private key of a wallet of the owner.<br><br>"Pre-approval: Our system generates an EIP-712–compliant message containing all necessary data for the operation (e.g., wallet registration).<br><br>User signing: The investor signs the message through our UI, which validates their identity off-chain (KYC/AML already done)."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[d] | receiving the challenge string with a signature from the private key of the wallet of the owner; | DS Protocol receives the challenge string with a signature from the private key of the wallet owner.<br><br>"The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |
| 1[e] | validating the signature against the transaction account on a distributed ledger that is tagged or whitelisted by: | DS protocol validates the signature against the transaction account on a distributed ledger that is tagged or whitelisted.<br><br>"Executing: The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>"Whitelisting happens the moment the user signs the transaction, without waiting for operator execution."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[f] | deriving a public key corresponding to the private key of the wallet of the owner from the signature; | DS Protocol allows users to cryptographically sign data by using a private key to create cryptographically signed data. As an example, DS Protocol employs EIP-712 signed authorization messages, which utilize a private key to sign the message and a derived public key to verify the authorization.<br><br>"Our system generates an EIP-712–compliant message containing all necessary data for the operation (e.g., wallet registration)."<br><br>"The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[g] | hashing the public key to form a hash; and | DS Protocol's Trust and Registry Services create hashes for user information, including the public key.<br><br>"A hash for documented off-chain proof of the given attribute. For instance, a hash of an archive containing the ID images used for KYC and the report from a KYC provider. The actor (for instance the Issuer or an Exchange) providing this hash should be able upon regulatory request to provide the original document which generated this hash."<br><br>Source: DS Protocol — The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 1[h] | comparing the hash against the transaction account on the distributed ledger that is tagged or whitelisted; | DS Protocol compares the hash against the transaction account in order to verify that it is tagged or whitelisted.<br><br>"The signed message is submitted by the investor to the DSToken contract, which verifies the signature and executes the corresponding operation on-chain."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[i] | determining that the payment of the amount of cryptocurrency is received at the another account from the transaction account and the signature is successfully validated; | DS Protocol determines that the payment of cryptocurrency is received and the signature is successfully validated.<br><br>The validation of the transaction account and signature is paired with other actions, such as the exchange of cryptocurrency.<br><br>"This approach also enables new DSApps to chain the whitelisting step atomically with other actions — such as subscribing to a token or executing a swap — creating seamless, self-contained user flows."<br><br>Source: DS Protocol v4 — Evolving Real World Assets, *available at* https://medium.com/securitize/ds-protocol-v4-evolving-real-world-assets-8b0bc5c67846 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[j] | causing the at least one of KYC, AML, and accredited investor review to be performed again for the owner of the transaction account; | On information and belief, DS Protocol engages in renewals or re-verification of accreditation and KYC/AML status of transaction accounts in order to verify that an investor's attributes match specific criteria, including those for KYC, AML or accredited investor review.<br><br>"Once an Investor is added to the Registry Service, they will be ready to start receiving tokens, either at the initial issuance or in a secondary trade. Of course, being registered is a required step, but that is not enough. Besides registration, it is also necessary that the Investor attributes match the specific criteria required by the issuance or secondary trade."<br><br>Source: DS Protocol — The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 1[k] | determining that the at least one of KYC, AML, and accredited investor review being performed again causes a status of the owner of the transaction account to change; | DS Protocol's Trust and Registry Services determine whether the second review causes a status of the owner of the transaction account to change.<br><br>DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash).<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[l] | adding at least one indication of the status of the owner in the distributed ledger by: | DS Protocol's Registry Service adds at least one indication of the status of the owner in the distributed ledger.<br><br>DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash).<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |
| 1[m] | recording at least one tag into the transaction account; and | DS Protocols' Registry Service is a database of investors with their regulatory data and their list of confirmed wallets, with personal data stored hashed on-chain. The per-investor attributes are the tags, and are set, updated, and removed as status changes.<br><br>DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash).<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[n] | adding the transaction account or the public key of the owner to at least one whitelist implemented on at least one smart contract; or | DS Protocol Registry Service adds the transaction account or public key of the owner to at least one whitelist implemented on at least one smart contract.<br><br>The Registry Service maintains the whitelist of authorized transaction accounts, while the Compliance Service implements specific compliance rules applicable to a DS Token as per the Issuer requirements via separate smart contracts.<br><br>Source: DS Protocol – The Basic Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f |
| 1[o] | removing at least one indication of the status of the owner to the distributed ledger by: | DS Protocol Registry Service can remove at least one indication of the status of the owner to the distributed ledger.<br><br>DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash).<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[p] | removing at least one tag from the transaction account; and | DS Protocols' Registry Service is a database of investors with their regulatory data and their list of confirmed wallets, with personal data stored hashed on-chain. The per-investor attributes are the tags, and are set, updated, and removed as status changes.<br><br>DS Protocol Registry Service stores per-investor attributes (KYC_APPROVED, ACCREDITED, QUALIFIED, PROFESSIONAL), each carrying a value of PENDING, APPROVED, or REJECTED. An authorized Issuer or Exchange writes them via setAttribute(id, attributeId, value, expiry, proofHash).<br><br>Source: DS Protocol – The Trust and Registry Services, *available at* https://medium.com/securitize/ds-protocol-the-trust-and-registry-services-91d1c4630f78 |

| No. | Claims | Securitize DS Protocol |
|---|---|---|
| 1[q] | removing the transaction account or the public key of the owner from at least one whitelist implemented on at least one smart contract. | The Registry Service adds the transaction account or public key of the owner to at least one whitelist implemented on at least one smart contract and can likewise remove the transaction account or public key of the owner from the whitelist implemente4d on at least one smart contract.<br><br>The Registry Service maintains the whitelist of authorized transaction accounts, while the Compliance Service implements specific compliance rules applicable to a DS Token as per the Issuer requirements via separate smart contracts.<br><br>Source: DS Protocol – The Basic Elements, *available at* https://medium.com/securitize/ds-protocol-the-basic-elements-23fabcb5c85f |