IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SECURITIZE, INC.,                                          )
                                                           )
        Plaintiff/Counterclaim-                          )
        Defendant,                                      )
                                                           )
    v.                                                   )    C.A. No. 26-722 (GBW)
                                                           )
TZERO GROUP, INC. and TZERO IP, LLC,                       )
                                                           )
        Defendants/Counterlcaim-                         )
        Plaintiff.                                      )

### DECLARATION OF ZHIKUN (DAVID) JIANG IN SUPPORT OF SECURITIZE, INC.'S OPPOSITION TO TZERO GROUP, INC.'S MOTION TO DISMISS COMPLAINT FOR DECLARATORY JUDGMENT

I, Zhikun (David) Jiang, declare as follows:

1.     I am an attorney licensed to practice in the State of New York, and I have been admitted to this Court *pro hac vice*. I am an associate at the law firm of Davis Polk & Wardwell LLP, which represents Securitize, Inc. in the above-entitled action. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Securitize, Inc.'s Opposition to tZERO Group, Inc.'s Motion to Dismiss Complaint for Declaratory Judgment. The statements made herein are of my own first-hand knowledge and, if called upon to testify thereof, I could and would do so competently.

2.     Attached hereto as Exhibit 1 is a true and correct copy of a letter, with the attachments omitted, from tZERO Group's counsel, Maschoff Brennan, regarding "tZERO's Enforcement of Patent Rights," dated June 15, 2026.

3.     Attached hereto as Exhibit 2 is a true and correct copy of a press release issued by tZERO Group, titled "tZERO Provides an Update on its IP Portfolio Enforcement and Highlights

Additional Patented Inventions Supporting the Evolution of Tokenized Capital Markets," dated June 15, 2026.

4.    Attached hereto as Exhibit 3 is a true and correct copy of email correspondence between Securitize, Inc.'s counsel and tZERO Group's counsel, dated June 26, 2026 through July 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of July 2026 in Weehawken, New Jersey.

*/s/ Zhikun (David) Jiang*
Zhikun (David) Jiang

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 17, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III<br>Christine D. Haynes<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendants tZERO Group, Inc.*<br>*and tZERO IP, LLC* | *VIA ELECTRONIC MAIL* |
| Kirk R. Harris<br>MASCHOFF BRENNAN<br>1389 Center Drive, Suite 300<br>Park City, UT 80098<br>*Attorneys for Defendants tZERO Group, Inc.*<br>*and tZERO IP, LLC* | *VIA ELECTRONIC MAIL* |
| Erynn Embree<br>MASCHOFF BRENNAN<br>100 Spectrum Center Dr., Suite 1200<br>Irvine, CA 92618<br>*Attorneys for Defendants tZERO Group, Inc.*<br>*and tZERO IP, LLC* | *VIA ELECTRONIC MAIL* |

/s/ *Anthony D. Raucci*

_____

Anthony D. Raucci (#5948)