# Exhibit 1

**maschoff**
**brennan**

435.252.1360
1389 Center Drive, Suite 300
Park City, Utah 84098

Kirk R. Harris
kharris@mabr.com

June 15, 2026

**VIA HAND DELIVERY**

Securitize, Inc.
c/o Incorporating Services, Ltd., Registered Agent
3500 S. DuPont Highway
Dover, DE 19901

Re:    tZERO's Enforcement of Patent Rights

To Whom It May Concern:

This firm represents tZERO Group located at 525 Washington Blvd, Suite 300, Jersey City, NJ, in connection with its intellectual property rights. tZERO is a leading innovator in blockchain-powered multi-asset infrastructure and is the owner of several United States patents, including U.S. Patent Nos. 11,216,802 ("the '802 patent") titled "Self-enforcing security token implementing smart-contract-based compliance rules consulting smart-contract-based global registry of investors" and U.S. Patent No. 11,394,560 ("the '560 patent") titled "Crypto integration platform." Copies of these patents are attached hereto for your convenience as Exhibits A and B.

Recently, it has come to our attention that Securitize's product and platform offerings, including at least Securitize's DS Protocol and Vault Registrar, infringe tZERO's patents, including those listed above. Attached as Exhibits C and D are claim charts of exemplary claims that show Securitize's infringement of the '802 patent (Claims 1, 3, 4, 5) and the '560 patent (Claim 1), respectively. tZERO is continuing to investigate further infringement of its other patents, including but not limited to U.S. Patent No. 11,704,733, titled "Crypto multiple security asset creation and redemption platform," U.S. Patent No. 11,410,159, titled "Upgradeable security token," U.S. Patent No. 11,436,673, titled "Consolidated order book from multiple asset exchanges," U.S. Patent No. 12,051,078, titled "Account Owner Funding of Know Your Customer and Accredited Investor Verification Renewal and Monitoring Charges Through Coin Payment," and U.S. Patent No. 12,099,996, titled "Verifying transaction address is whitelisted before allowing transfer to transaction address of self-regulating token requiring whitelisted transaction address to withdraw self-regulating token."

Securitize's continued infringement of tZERO's patents constitutes willful infringement. In view of the foregoing, tZERO requests that Securitize immediately cease and desist

**PARK CITY ▪ SALT LAKE CITY ▪ NEW YORK ▪ SAN FRANCISCO ▪ LOS ANGELES ▪ IRVINE**

**maschoff brennan**

Securitize, Inc.
June 15, 2026

from making, using, offering to sell, selling, marketing, distributing, or otherwise commercializing its products and/or services that infringe tZERO's patents, namely its DS Protocol and Vault Registrar.

Notwithstanding the foregoing, tZERO is willing to discuss a potential business resolution to resolve these issues, including a license to tZERO's patents.

We look forward to your prompt response, but in any event not later than June 18, 2026. tZERO reserves all rights if this matter is not resolved amicably outside of court intervention and to seek all remedies available under law, including injunctive relief and monetary damages.

Sincerely,
MASCHOFF BRENNAN

Kirk R. Harris

Cc:
Jerome Roche, General Counsel
  jerome.roche@securitize.io
Michael Monroe, VP Legal & Compliance
  michael@securitize.io

# Exhibit 2

Case 1:26-cv-00722-GBW    Document 17-1    Filed 07/17/26    Page 5 of 13 PageID #: 495



# tZERO Provides an Update on its IP Portfolio Enforcement and Highlights Additional Patented Inventions Supporting the Evolution of Tokenized Capital Markets

News  •  June 15, 2026

tZERO

**NEW YORK, NY – June 15, 2026 – tZERO Group, Inc.,** a leader in blockchain-based financial infrastructure since 2014, today provided an update on enforcement actions it has recently taken as part of its on-going strategic review of its intellectual property assets. The company is also highlighting additional patent families from its intellectual property portfolio that support regulated digital asset securities and tokenized financial markets.

On April 30, 2026, tZERO provided an update on its portfolio review and information about a subset of its 105-patent strong portfolio, highlighting 10 patents across 5 families, including Self-Enforcing Security Token Compliance System, Upgradable Security Token Architecture, Splittable Security Token Structure, Federated PII Service for Broker-Dealers, and Crypto Integration Platform. tZERO also indicated that, as part of the review of its portfolio, it is identifying specific commercialization and enforcement opportunities.

As part of this work, tZERO has determined that certain products and services of Securitize, Inc., including their DS protocol and Vault Registrar, infringe certain tZERO patents. To those ends, today tZERO sent a cease and desist and reservation of rights letter to Securitize relating to tZERO's rights under U.S. Patent Nos. 11,216,802 titled "Self-enforcing Security Token Implementing Smart-contract-based Compliance Rules Consulting Smart-contract-based Global Registry of Investors" and 11,394,560 titled "Crypto integration platform". tZERO is continuing to investigate further infringement of its patents, including but not limited to U.S. Patent Nos. 11,704,733, titled "Crypto multiple security asset creation and redemption platform"; 11,410,159, titled "Upgradeable Security Token"; 11,436,673, titled "Consolidated Order Book from Multiple Asset Exchanges"; 12,051,078, titled "Account Owner Funding of Know Your Customer and Accredited Investor Verification Renewal and Monitoring Charges Through Coin Payment"; and 12,099,996, titled "Verifying Transaction Address Is Whitelisted Before Allowing Transfer to Transaction Address of Self-Regulating Token".

In addition, tZERO's investigation has identified additional products belonging to at least six other market participants in the Regulated RWA & Digital Asset Securities Platforms, Institutional Infrastructure, Prime Brokerage & Liquidity Aggregators, Decentralized Sequencing, Fair Ordering & Crypto Infrastructure and Decentralized Exchanges & Specialized DeFi Dark Pools sectors that likely infringe on the patents in tZERO's portfolio. tZERO is in the process of analyzing its patent claims against those products, including certain of the patents mentioned above. The company expects to send demand letters to these market participants at the close of this investigation.

tZERO and its investors have dedicated substantial time, research, and capital over the years to develop a leading intellectual property portfolio in the tokenization industry. tZERO's broader portfolio consists of 23 patent families encompassing 105 patents worldwide and focuses on enabling compliant, scalable and interoperable tokenized capital markets infrastructure. As this industry scales and matures, tZERO will remain vigilant in protecting its valuable intellectual property, market position and shareholders' investment.

In addition, and as a previewed follow-up to the **April 30, 2026 update**, the company is highlighting additional patent families in its portfolio relating to core infrastructure technologies spanning tokenized fund creation and redemption, consolidated cross-venue liquidity management, decentralized trade ordering and matching systems and privacy-preserving transaction architectures.

These other patent families relate to the following technologies:

**Crypto Multiple Security Asset Creation and Redemption Platform (US11,704,733B2; US12,469,079B2) 7 Patents Issued Worldwide**

This patent family relates to blockchain-based creation and redemption infrastructure for tokenized funds and multi-asset digital securities products. The technology enables the issuance, escrow management, transfer and redemption of tokenized funds backed by underlying traditional or digital assets while maintaining an auditable on-chain lifecycle. The architecture supports blockchain-native fund structures and tokenized ETF-style products with independently verifiable reserve and ownership mechanisms.

**Consolidated Order Book from Multiple Asset Exchanges (US11,436,673B2) 3 Patents Issued Worldwide**

This patent family relates to a consolidated order book architecture capable of aggregating liquidity across multiple trading venues and asset exchanges into a unified trading interface. The technology includes custodial escrow functionality, intelligent order routing and cross-venue execution management designed to support blockchain-native asset trading across fragmented liquidity environments while preserving a unified customer experience.

**Decentralized Trading System for Fair Ordering and Matching of Trades (US10,937,083B2) 2 Patents Issued Worldwide**

This patent family relates to decentralized trade sequencing and matching infrastructure utilizing distributed node consensus mechanisms to establish fair ordering of transactions. The system enables multiple independent matching engines to process transactions using a shared canonical transaction sequence while avoiding reliance on a single centralized ingress or matching engine.

**Obfuscation of Intent in Transactions Using Cryptographic Techniques (US10,552,829B2) 9 Patents Issued Worldwide**

This patent family relates to cryptographic transaction privacy techniques designed to conceal the contents of pending orders while being able to preserve fair ordering or time-priority execution. The system enables encrypted order commitment on distributed ledgers with transaction details revealed only following complete execution, helping mitigate information leakage and front-running risks in blockchain-native trading environments.

Together, these technologies reflect tZERO's long-term focus on building regulated infrastructure for tokenized capital markets spanning issuance, trading, liquidity aggregation, custody, settlement and transaction privacy.

tZERO will continue evaluating additional components of its intellectual property portfolio and expects to provide further updates regarding its patent strategy, enforcement and commercialization initiatives and technology licensing activities.

Market participants interested in licensing discussions relating to tZERO's intellectual property portfolio may contact **sales@tzero.com**. For more information about tZERO, visit **www.tzero.com**.

--END--

**Media Contacts:**

KCSA

**tzero@kcsa.com**

Julie Ros, Head of Marketing & Communications

**jros@tzero.com**

**About tZERO Group, Inc.**

**tZERO Group, Inc.** (tZERO) and its broker-dealer subsidiaries provide an innovative liquidity platform for private companies and assets. We offer institutional-grade solutions for issuers looking to digitize their capital table through blockchain technology, and make such equity available for trading on an alternative trading system. tZERO, through its broker-dealer subsidiaries, democratizes access to private assets by providing a simple, automated, and efficient trading venue to broker-dealers, institutions, and investors. All technology services are offered through tZERO Technologies, LLC. For more information, please visit our **website**.

**Intellectual Property**

Intellectual property holding company tZERO IP, LLC is a wholly owned subsidiary of tZERO Group, Inc. tZERO IP, LLC owns intellectual property, which may include any described patents, patent applications, trademarks, and/or copyrights.

**Investor Notice**

Digital asset securities, as well as any particular investment, may not be suitable or appropriate for everyone. Investors should note that investing or trading in securities could involve substantial risks, including no guarantee of returns, costs associated with selling and purchasing, and no assurance of liquidity which could impact their price and investors' ability to sell, and possible loss of principal invested. There is always the potential of losing money when you invest in securities. There are also unique risks specific to digital asset securities, including, without limitation, fraud, manipulation, theft, and loss.

**No Offer, Solicitation, Investment Advice or Recommendations**

This release is for informational purposes only and does not constitute an offer to sell, a solicitation to buy, or a recommendation for any security, nor does it constitute an offer to provide investment advisory or other services by tZERO or any of its affiliates, subsidiaries, officers, directors or employees. No reference to any specific security constitutes a recommendation to buy, sell, or hold that security or any other security. Nothing in this release shall be considered a solicitation or offer to buy or sell any security, future, option or other financial instrument or to offer or provide any investment advice or service to any person in any jurisdiction. Nothing contained in this release constitutes investment advice or offers any opinion with respect to the suitability of any security, and the views expressed in this release should not be taken as advice to buy, sell or hold any security. In preparing the information contained in this release, we have not taken into account the investment needs, objectives, and financial circumstances of any particular investor. This information has no regard to the specific investment objectives, financial situation, and particular needs of any specific recipient of this information and investments discussed may not be suitable for all investors. Any views expressed in this release by us were prepared based upon the information available to us at the time such views were written. Changed or additional information could cause such views to change. All information is subject to possible corrections. Information may quickly become unreliable for various reasons, including changes in market conditions or economic circumstances.

**Forward-Looking Statements by tZERO**

7/16/26, 11:36 AM
tZERO Provides an Update on its IP Portfolio Enforcement and Highlights Additional Patented Inventions Supporting the Evolution …

Case 1:26-cv-00722-GBW Document 17-1 Filed 07/17/26 Page 8 of 13 PageID #: 498

This release contains forward-looking statements. In addition, from time to time, tZERO, its subsidiaries, or its representatives may make forward-looking statements orally or in writing. These forward-looking statements are based on expectations and projections about future events, which is derived from currently available information. Such forward-looking statements relate to future events or future performance, including financial performance and projections; growth in revenue and earnings; and business prospects and opportunities. You can identify forward-looking statements by those that are not historical in nature, particularly those that use terminology such as "may," "should," "expects," "anticipates," "contemplates," "estimates," "believes," "plans," "projected," "predicts," "potential," or "hopes" or the negative of these or similar terms. In evaluating these forward-looking statements, you should consider various factors, including, without limitation: the ability of tZERO and its subsidiaries to change the direction; tZERO's ability to keep pace with new technology and changing market needs; performance of individual transactions; regulatory developments and matters; and competition. These and other factors may cause actual results to differ materially from any forward-looking statement. Forward-looking statements are only predictions. The forward-looking events discussed in this release and other statements made from time to time by tZERO, its subsidiaries or their respective representatives, may not occur, and actual events and results may differ materially and are subject to risks, uncertainties and assumptions. tZERO, its subsidiaries, and its representatives are not obligated to publicly update or revise any forward-looking statement, whether as a result of uncertainties and assumptions, the forward-looking events discussed in this release and other statements made from time to time by tZERO, its subsidiaries or its representatives might not occur.

# You May Also Like







| Media | 5 min read | | News | 5 min read | | Media | 5 min read |

**Wall Street Transfer Agents Lobby SE...**

An industry group is urging the SEC to favor issuer-backed tokenized shares over third-party stock tokens, while others call for rules...

**tZERO Introducing Broker's CFTC Reg...**

tZERO Group, Inc., a leader in blockchain-based financial infrastructure, today announced that its wholly owned subsidiary, tZERO Introducing...

**Dinari, tZERO Join Forces on Turnke**

The move comes as firms race to build the infrastructure for blockchain-based stocks debate how tokenized stocks should work.



**Company Locations:**

525 Washington Blvd
Suite 300
Jersey City, NJ 07310
-
10 West Broadway, Suite 700
Salt Lake City, UT 84101

7/16/26, 11:58 AM
tZERO Provides an Update on its IP Portfolio Enforcement and Highlights Additional Patented Inventions Supporting the Evolution …

Case 1:26-cv-00722-GBW    Document 17-1    Filed 07/17/26    Page 9 of 13 PageID #: 499



Copyright © 2026 tZERO Technologies. All Rights Reserved.

# Exhibit 3

**Jiang, David**

---

| | |
|---|---|
| **From:** | Kirk R. Harris <KHarris@mabr.com> |
| **Sent:** | Tuesday, July 7, 2026 2:48 PM |
| **To:** | Lisson, David; Haynes, Christine D.; Smith, Rodger; araucci@morrisnichols.com; Block, Micah G. |
| **Cc:** | Cottrell, Fred; Erynn Embree; dpw.securitize |
| **Subject:** | RE: Securitize v. tZERO Group, Inc. and tZERO IP, LLC, C.A. No. 26-00722-GBW |

Hi David – Agreed on the extension.

## Kirk Harris
## maschoff brennan

---

**From:** Lisson, David <david.lisson@davispolk.com>
**Sent:** Tuesday, July 7, 2026 11:08 AM
**To:** Kirk R. Harris <KHarris@mabr.com>; Haynes, Christine D. <haynes@rlf.com>; Smith, Rodger <RSmith@morrisnichols.com>; araucci@morrisnichols.com; Block, Micah G. <micah.block@davispolk.com>
**Cc:** Cottrell, Fred <Cottrell@RLF.com>; Erynn Embree <EEmbree@mabr.com>; dpw.securitize <dpw.securitize@davispolk.com>
**Subject:** RE: Securitize v. tZERO Group, Inc. and tZERO IP, LLC, C.A. No. 26-00722-GBW [MB-CLIENTFILES.FID916019]

> **CAUTION:** External Sender

Hi Krik,

Thanks for your response.  Securitize intends to oppose the motion to dismiss.

Will tZERO agree to a one-week extension on the opposition, which would put the response date at July 17?

Best,
David

**David Lisson**

**Davis Polk & Wardwell** LLP
+1 650 752 2013 office
+1 650 380 8748 mobile
david.lisson@davispolk.com

---

**From:** Kirk R. Harris <KHarris@mabr.com>
**Sent:** Monday, July 6, 2026 4:03 PM
**To:** Lisson, David <david.lisson@davispolk.com>; Haynes, Christine D. <haynes@rlf.com>; Smith, Rodger <RSmith@morrisnichols.com>; araucci@morrisnichols.com; Block, Micah G. <micah.block@davispolk.com>
**Cc:** Cottrell, Fred <Cottrell@RLF.com>; Erynn Embree <EEmbree@mabr.com>; dpw.securitize <dpw.securitize@davispolk.com>
**Subject:** RE: Securitize v. tZERO Group, Inc. and tZERO IP, LLC, C.A. No. 26-00722-GBW [MB-CLIENTFILES.FID916019]

Hi David,

Thanks your for your email. As we understand it, your proposal is that that the parties stipulate that tZERO Group be dismissed, but then tZERO Group is treated largely as if it were still a party—it would continue to be subject to discovery and would be bound by any judgment or court order in the action. Essentially, agreeing to your proposed stipulation would be in large part akin to tZERO Group withdrawing its motion to dismiss. tZERO Group declines to do so.

However, to avoid further briefing on the issue, we are willing to enter a stipulation dismissing tZERO Group without prejudice but cannot agree to your other conditions.

Best,

--Kirk

## Kirk Harris
## maschoff brennan

**From:** Lisson, David <david.lisson@davispolk.com>
**Sent:** Wednesday, July 1, 2026 1:59 PM
**To:** Haynes, Christine D. <haynes@rlf.com>; Smith, Rodger <RSmith@morrisnichols.com>; araucci@morrisnichols.com; Block, Micah G. <micah.block@davispolk.com>
**Cc:** Cottrell, Fred <Cottrell@RLF.com>; Kirk R. Harris <KHarris@mabr.com>; Erynn Embree <EEmbree@mabr.com>; dpw.securitize <dpw.securitize@davispolk.com>
**Subject:** RE: Securitize v. tZERO Group, Inc. and tZERO IP, LLC, C.A. No. 26-00722-GBW

> **CAUTION:** External Sender

Counsel,

I write regarding tZERO Group's motion to dismiss.

On June 15, 2026, Mr. Harris sent a letter to Securitize on behalf of tZERO Group in which tZERO Group asserted it is the owner of the '802 and '560 Patents and alleged infringement by Securitize.  tZERO Group then issued a press release with the same allegations.  Notwithstanding those assertions, tZERO Group now moves to dismiss on the ground that it does not have any interests in those patents and, in its Answer and Counterclaims, tZERO IP alleges that it possesses all rights, titles, and interests in them.

In order to avoid unnecessarily burdening the Court with the motion, Securitize proposes the attached stipulation dismissing tZERO Group without prejudice subject to certain conditions.

Please let us know whether this is acceptable to both tZERO Group and tZERO IP by July 6th so that we may prepare a response to the motion to dismiss should one be necessary.

Best,
David

**David Lisson**

**Davis Polk & Wardwell** LLP

2

+1 650 752 2013 office
+1 650 380 8748 mobile
david.lisson@davispolk.com

---

**From:** Haynes, Christine D. <haynes@rlf.com>
**Sent:** Friday, June 26, 2026 10:58 AM
**To:** Smith, Rodger <RSmith@morrisnichols.com>; araucci@morrisnichols.com; Lisson, David <david.lisson@davispolk.com>; Block, Micah G. <micah.block@davispolk.com>
**Cc:** Cottrell, Fred <Cottrell@RLF.com>; Kirk R. Harris <KHarris@mabr.com>; Erynn Embree <EEmbree@mabr.com>
**Subject:** Securitize v. tZERO Group, Inc. and tZERO IP, LLC, C.A. No. 26-00722-GBW

Counsel,
Attached please find courtesy copies of the following documents:

1) Defendant tZERO IP, LLC's Answer and Counterclaims;
2) Defendant tZERO Group, Inc.'s Motion to Dismiss Complaint for Declaratory Judgment;
3) Defendant tZERO IP, LLC's Rule 7.1 Disclosure; and
4) Entry of Appearance of Christine D. Haynes.

Regards,
Christine



**Christine D. Haynes**
**Richards, Layton & Finger, P.A.**
haynes@rlf.com

920 N. King Street | Wilmington, DE 19801
**O:** 302-651-7508 | **F:** 302-498-7701
vCard, bio, www.rlf.com,

---

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.