IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SECURITIZE I, INC., | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| v. | ) C.A. No. 26-722 (GBW) |
| | ) |
| TZERO GROUP, INC. and TZERO IP, LLC, | ) |
| | ) |
| Defendants/Counterclaim-Plaintiff. | ) |

**SECURITIZE I, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff Securitize I, Inc. hereby discloses the information required by Federal Rule of

Civil Procedure 7.1(a).

Securitize I, Inc. is a wholly owned subsidiary of Securitize, Corp.  There is no publicly

held corporation that owns 10% or more of Securitize, Corp.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

David J. Lisson
Micah G. Block
Thomas C. Horn
Natalie J. Stoecklein
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, CA 94063
(650) 752-2000

Zhikun (David) Jiang
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

July 21, 2026

*/s/ Anthony D. Raucci*

_____
Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff/Counterclaim-Defendant Securitize I, Inc.*