**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SECURITIZE I, INC., Plaintiff, | ) | |
| v. | ) | C.A. No. 1:26-cv-00722-GBW |
| TZERO GROUP, INC. and TZERO IP, LLC, | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1.4, Defendant and Counterclaimant tZERO IP, LLC requests oral argument on Plaintiff and Counterclaim-Defendant Securitize I, Inc.'s Motion to Dismiss tZERO IP, LLC's Amended Counterclaims. Briefing on the motion is now complete (D.I. 25, 27, 30).


OF COUNSEL:

Kirk R. Harris
Maschoff Brennan
95 S State Street, Suite 800
Salt Lake City, UT 84111
(435) 252-1360
kharris@mabr.com

Erynn Embree
Maschoff Brennan
100 Spectrum Center Dr., Suite 1200
Irvine, CA 92618
(949) 202-1900
eembree@mabr.com

October 6, 2026

By: /s/ *Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorneys for Defendants tZERO Group, Inc. and tZERO IP, LLC*